# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EILIGIO MARIANO VELASCO ORTEGA,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-cv-02229-RGK-PD

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND ORDERING RELEASE**

**A# 078-024-642**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("the Report"). The objections period was eliminated. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the Supplemental Petition is granted.

The Court ORDERS the following:

Respondents shall release Petitioner Eligio Mariano Velasco Ortega (A# 078-024-642) from immigration custody within 24 hours of this Order on the same conditions of release that existed before his re-detention.

Further, Respondents shall file a status report within three days of this Order confirming Petitioner has been released.

DATED: 7/23/2026

Gary Klausner

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE