JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EILIGIO MARIANO VELASCO ORTEGA,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-cv-02229-RGK-PD

**JUDGMENT**
**(AS MODIFIED)**

**A# 078-024-642**

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Ordering Release,

IT IS ADJUDGED that the Supplemental Petition is granted as indicated in the Order Accepting Report and Recommendation of U.S. Magistrate Judge and Ordering Release signed July 23, 2026.

The Clerk of the Court is directed to Close this case.

DATED: 7/23/2026

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE